```
           IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 4:05CR3103 |
| v. | ) | |
| | ) | |
| RICHARD GLENN DAVIDSON, | ) | |
| | ) | ORDER |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED:

Defendant's counsel's motion to withdraw, filing 9, is granted. The Federal Public Defender for the District of Nebraska shall provide the court with a draft appointment order (CJA Form 20) for substitute counsel bearing the name and other identifying information of the CJA Panel attorney identified in accordance with the Criminal Justice Act Plan for this district.

DATED this 7th day of October, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge