IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                     )<br>          Plaintiff,                 )<br>                                     )          4:05CR3103<br>     v.                              )<br>                                     )<br>RICHARD GLENN DAVIDSON,              )<br>                                     )               ORDER<br>          Defendant.                 )<br>                                     ) | |

On the court's own motion,

IT IS ORDERED,

The clerk is directed to remove filing number 28 from the public docket sheet and file it as a sealed pleading pursuant to the E-Government Act.

DATED this 3rd day of March, 2006.

BY THE COURT:

s/ David L. Piester
David L. Piester
United States Magistrate Judge