```
            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA
```

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 4:05CR3103 |
| v. ) | |
| ) | |
| RICHARD GLENN DAVIDSON, ) | |
| ) | ORDER |
| Defendant. ) | |
| ) | |

Defendant has filed a new proposal for release, requesting a furlough. Filing 28.

IT THEREFORE HEREBY IS ORDERED,

1. The previous motion for release, filing 18, is denied as moot.

2. The pretrial services officer shall investigate the proposal of the defendant and report to the court and counsel as soon as practicable.

DATED this 3rd day of March, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge