IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>             Plaintiff,  )<br>  )<br>    v.           )<br>  )<br>BLU PETERSON,          )<br>  )<br>             Defendant.  )<br>  ) | 4:04CR3086<br><br>ORDER |

    IT IS ORDERED:

    1.   Plaintiff's motion for hearing, filing 92, is granted and a conflict of interest hearing is set for April 18, 2006 at 1:30 p.m. in Courtroom 2, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.

    2.   Jonathan M. Braaten is reappointed to represent defendant in this matter, and the Federal Public Defender for the District of Nebraska shall provide the court with a draft appointment order (CJA Form 20) in accordance with the Criminal Justice Act Plan for this district.

    3.   The clerk is directed to file a copy of this order in 4:05cr3103, USA v. Richard Glenn Davidson, and to give notice of this order to Robert B. Creager, attorney for Mr. Davidson.

    DATED this 3rd day of March, 2006.

                    BY THE COURT:

                    s/ *David L. Piester*
                    David L. Piester
                    United States Magistrate Judge