# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CR3103 |
| | ) | |
| v. | ) | |
| | ) | |
| RICHARD GLENN DAVIDSON, | ) | TENTATIVE FINDINGS AND |
| | ) | SETTING EVIDENTIARY |
| Defendant. | ) | HEARING ON OBJECTIONS TO |
| | ) | PRESENTENCE INVESTIGATION |
| | | REPORT |

The defendant has objected to paragraph 46 of the Presentence Investigation Report.  Accordingly, I find that the unobjected to portions of the Presentence Investigation Report are accurate and that an evidentiary hearing will be held at the time of sentencing respecting the objection.  Oral testimony from the defendant will be permitted.

There has been no request by the government for oral testimony as required by the Order on Sentencing Schedule.  Other evidence in rebuttal of evidence offered by the defendant may be received.

Dated April 18, 2006.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge